# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.105.26.160 | Sprint PCS | 2011-06-22 01:18:59 AM |
| 151.213.190.36 | Windstream Communications | 2011-06-07 01:31:29 AM |
| 173.173.108.14 | Road Runner | 2011-06-07 03:25:31 AM |
| 173.57.140.237 | Verizon Online | 2011-05-03 12:19:20 PM |
| 173.64.220.87 | Verizon Online | 2011-05-13 01:00:31 PM |
| 173.71.24.164 | Verizon Online | 2011-07-16 02:22:56 AM |
| 173.71.58.79 | Verizon Online | 2011-05-09 11:23:41 PM |
| 173.74.208.237 | Verizon Online | 2011-06-21 07:48:49 PM |
| 173.74.3.177 | Verizon Online | 2011-07-19 04:39:57 AM |
| 173.74.95.109 | Verizon Online | 2011-05-27 11:22:05 PM |
| 216.183.35.236 | VTX Communications | 2011-05-27 04:39:48 AM |
| 24.219.164.45 | tw telecom holdings | 2011-06-08 05:34:37 PM |
| 24.242.60.139 | Road Runner | 2011-07-09 09:44:35 AM |
| 66.140.59.252 | AT&T Internet Services | 2011-05-28 02:05:40 AM |
| 66.182.196.180 | Millennium Telcom | 2011-06-20 10:21:13 PM |
| 66.68.176.253 | Road Runner | 2011-06-01 06:59:50 AM |
| 70.113.28.26 | Road Runner | 2011-05-27 10:30:58 AM |
| 70.113.59.32 | Road Runner | 2011-05-12 01:54:54 PM |
| 70.124.10.138 | Road Runner | 2011-05-03 06:45:06 AM |
| 70.140.103.204 | AT&T Internet Services | 2011-05-08 07:40:03 AM |
| 70.234.241.137 | AT&T Internet Services | 2011-06-07 06:22:36 AM |
| 70.242.247.160 | AT&T Internet Services | 2011-05-17 03:20:27 PM |
| 70.253.90.70 | AT&T Internet Services | 2011-06-26 02:22:47 AM |
| 71.164.182.114 | Verizon Online | 2011-05-20 09:28:47 AM |
| 71.164.241.253 | Verizon Online | 2011-05-11 09:59:51 PM |
| 71.170.12.199 | Verizon Online | 2011-06-11 01:44:47 PM |
| 71.170.138.199 | Verizon Online | 2011-06-07 04:39:32 AM |
| 71.252.235.82 | Verizon Online | 2011-05-10 09:45:52 PM |
| 71.252.253.60 | Verizon Online | 2011-06-02 09:09:06 AM |
| 71.30.166.130 | Windstream Communications | 2011-06-05 03:52:25 AM |
| 72.46.205.139 | ETS Telephone Company | 2011-05-03 01:09:17 PM |
| 72.64.82.39 | Verizon Online | 2011-06-16 03:57:38 AM |
| 74.192.182.48 | Suddenlink Communications | 2011-05-02 11:13:54 PM |
| 74.195.155.243 | Suddenlink Communications | 2011-06-18 04:41:13 AM |
| 74.196.194.203 | Suddenlink Communications | 2011-06-22 09:26:35 PM |
| 74.196.226.142 | Suddenlink Communications | 2011-06-14 06:46:10 PM |
| 75.110.216.132 | Suddenlink Communications | 2011-06-21 11:48:27 PM |
| 75.111.180.208 | Suddenlink Communications | 2011-05-12 01:47:53 PM |
| 75.14.11.211 | AT&T Internet Services | 2011-06-26 02:09:08 PM |
| 75.54.183.164 | AT&T Internet Services | 2011-06-15 08:30:38 AM |
| 75.62.70.161 | AT&T Internet Services | 2011-06-06 03:14:13 AM |
| 75.89.73.84 | Windstream Communications | 2011-06-04 08:28:12 PM |
| 76.164.126.204 | Consolidated Communications | 2011-06-21 04:38:23 AM |
| 76.183.92.69 | Road Runner | 2011-07-06 09:11:55 PM |
| 76.184.192.73 | Road Runner | 2011-06-22 11:05:46 AM |
| 76.30.90.89 | Comcast Cable Communications | 2011-06-03 10:41:15 AM |

| | | |
|---|---|---|
| 76.31.144.95 | Comcast Cable Communications | 2011-05-27 04:39:47 AM |
| 76.31.229.20 | Comcast Cable Communications | 2011-05-25 01:33:45 AM |
| 76.31.64.171 | Comcast Cable Communications | 2011-06-28 01:17:44 AM |
| 96.226.196.63 | Verizon Online | 2011-05-13 09:49:22 PM |
| 98.195.141.217 | Comcast Cable Communications | 2011-05-27 05:38:19 AM |
| 98.196.113.75 | Comcast Cable Communications | 2011-06-21 06:00:46 PM |
| 98.197.217.158 | Comcast Cable Communications | 2011-05-15 10:37:17 PM |
| 98.197.84.183 | Comcast Cable Communications | 2011-06-14 10:36:16 PM |
| 98.199.13.106 | Comcast Cable Communications | 2011-05-17 11:10:00 PM |
| 98.199.26.126 | Comcast Cable Communications | 2011-07-01 11:26:28 PM |
| 98.200.212.60 | Comcast Cable Communications | 2011-06-06 12:29:08 AM |
| 98.201.96.74 | Comcast Cable Communications | 2011-05-13 04:26:47 AM |
| 98.22.27.52 | Windstream Communications | 2011-05-03 03:22:01 AM |
| 99.16.5.1 | AT&T Internet Services | 2011-06-07 11:55:17 AM |
| 99.179.103.31 | AT&T Internet Services | 2011-07-15 06:45:11 PM |
| 99.64.56.216 | AT&T Internet Services | 2011-05-03 02:25:28 AM |