UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HARD DRIVE PRODUCTIONS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-11-3036 |
| DOES 1 - 62, | § § § | |
| *Defendants*. | § | |

**ORDER**

Plaintiff's motion for dismissal without prejudice (Dkt. 14) is GRANTED. It is therefore ORDERED that all claims in this matter are DISMISSED without prejudice.

Signed at Houston, Texas on February 27, 2012.

_____
Gray H. Miller
United States District Judge